## Clemens *against* Judson and Banks.

*December, 1825.*

AT *November* term, 1821, of the Circuit Court of *Mobile* County, (to which the writ was returned executed) *Judson* and *Banks* filed their declaration in assumpsit against *Joshua Clemens* on a promissory note. In the Record next after the declaration, and as of *May* term, 1823, is the following entry : " Judgment by default final." At *February* term, 1824, on motion of plaintiffs for a judgment nunc pro tunc, a judgment in due form was entered for $1111, being the amount of the note and interest up to that time.

*1, To sustain a judgment the Court will infer that a cause was continued by operation of law, although the continuances do not appear on the Record.*
*2, Not necessary that notice for judgment nunc pro tunc should appear.*
*3, Such judgment, if by default and final, should be for principal, and interest only to the time when judgment should have been entered.*

*Clemens* here assigns as Errors.
1, The cause was discontinued, no proceedings having been had at *May* term, 1822, or at *November* term, 1822.
2, The judgment nunc pro tunc was entered without giving notice to defendant.
3, The judgment is for too large an amount.

*Randall,* for plaintiff.
*Acre,* for defendants in Error.

Judge *Crenshaw* delivered the opinion of the Court.
As to the 1st and 2d assignments, it is the opinion of the majority of the Court, that, though the continuances do not appear to have been regularly entered of Record, yet to sustain a judgment it is to be inferred that the cause was continued by operation of law.
That it was not necessary to give notice of a motion to enter judgment nunc pro tunc. I think that notice was necessary, but that the notice need not appear of Record.
As to the third assignment, it appears that the interest was computed up to the time when the judgment nunc pro tunc was entered. It should have been computed only up to *May* term, 1823, when the default was taken, and the judgment should have been entered. For this reason, it is the unanimous opinion of the Court that the judgment be reversed and the proper judgment now rendered here.